UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEIGH WINKLER,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:18-cv-0099 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

David Leigh Winkler seeks to proceed *in forma pauperis* in this action. (Doc. 3) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is not employed and has no income. (Doc. 3 at 1) Plaintiff reports that his wife is employed, and her gross income is $3,481.90, which would mean an annual income exceeding $41,000. (*Id.*) However, Plaintiff seems to indicate the income was reduced during the month of December, and that his wife earned. $1,285.71. (*Id.*) Further, it is not clear what her anticipated income is for the month of January, or if she is receiving State Disability Insurance, and, if so, for what amount. As a result, the Court is unable to determine whether Plaintiff can afford

1

the filing fee.

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes additional information regarding the family's income, such that the Court can determine the current financial ability of Plaintiff to pay the filing fee. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **January 30, 2018**              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE