# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEIGH WINKLER, | ) Case No.: 1:18-cv-0099 - JLT |
| Plaintiff, | ) ORDER DISCHARGING THE ORDER TO SHOW |
| v. | ) CAUSE DATED APRIL 5, 2018 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Previously, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's order and failure to prosecute the action. (Doc. 10) On April 24, 2018, Plaintiff filed a timely response to the Court's order and submitted in the necessary documents for service. (Docs. 12, 13)

Accordingly, the Court **ORDERS**: the Order to Show Cause dated April 5, 2018 (Doc. 10) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**April 26, 2018**__         __**/s/ Jennifer L. Thurston**__
                                                                         UNITED STATES MAGISTRATE JUDGE