# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEIGH WINKLER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:18-cv-0099 - JLT<br><br>ORDER TO UNITED STATES MARSHAL FOR SERVICE |

       Plaintiff is proceeding *in forma pauperis* with an action seeking judicial review of the decision to deny his application for Social Security benefits. This Court ordered Plaintiff to provide information for service of process on Form U.S.M.-285, sufficient copies of the complaint for service, and a notice of compliance. (Doc. 4) On April 24, 2018, Plaintiff has provided the documents required by the Court's order (Doc. 13), which were forwarded to the U.S. Marshal. Good cause appearing, this Court:

    1.    DIRECTS this Court's clerk to forward to the U.S. Marshal:

        a.    One copy of this order for the defendant to be served, with an additional copy for the U.S. Marshal; and

        b.    One copy of the Court's consent form for the defendant to be served.

    2.    DIRECTS the U.S. Marshal, within 10 days from this order's date, to notify the defendant of the commencement of this action and to request a waiver of service in

accordance with Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c).

3. DIRECTS the U.S. Marshal to file returned waivers of service and a copy of the complaint in its file for future use.

4. DIRECTS the U.S. Marshal that, if a waiver of service is not returned by the defendant within 60 days of the date of mailing the request for waiver, to personally serve process and a copy of this order on defendants pursuant to Federal Rule Civil Procedure 4 and 28 U.S.C. § 566(c);

5. DIRECTS the U.S. Marshal, within 10 days after personal service is accomplished, to file the return of service for the defendant along with evidence of attempts to secure waiver of service of process and costs subsequently incurred to effect service of each defendant. Such costs shall be enumerated on the Form U.S.M.-285 and shall include the costs incurred by the U.S. Marshal to make additional photocopies of the summons and complaint and to prepare new Forms U.S.M.-285, if needed. Costs of service will taxed against the defendant(s), pursuant to Federal Rule of Civil Procedure 4(d)(2).

6. DIRECTS the U.S. Marshal not to serve the defendant if the defendant first appears in this action by filing an answer, dispositive motion or other pleading.

IT IS SO ORDERED.

Dated: **April 26, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE