# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WINKLER, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-0099 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 3, 2018 <br><br> (Doc. 21) |

On October 3, 2018, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed. (Doc. 21) In the alternative, Plaintiff was directed to serve Defendant with a confidential letter brief and file proof of service with the Court. (*Id.* at 2) On October 11, 2018, Plaintiff filed a response and a proof of service, indicating the letter brief was served. (Docs. 22) Accordingly, the Court **ORDERS**: The Order to Show Cause dated October 3, 2018 (Doc. 21) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **October 16, 2018**       **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE