# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEIGH WINKLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00099 JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND THE COURT'S SCHEDULING ORDER TO FILE A SECOND REPLY BRIEF AS MOOT<br><br>(Doc. 35) |

On October 24, 2019, Plaintiff filed a motion for leave to file a second reply brief in the action. (Doc. 35) Previously, Plaintiff filed a sur-reply on July 31, 2019 (Doc. 31), which was stricken by the Court on August 5, 2019. (Doc. 32) The Court issued an order on the merits on September 30, 2019. (Doc. 33) The Court affirmed the decision of the administrative law judge, and judgment was entered in favor of Defendant. (Doc. 34) Because judgment has been entered and the action is closed, Plaintiff's request to file a second reply related to the merits of his claims is **DENIED AS MOOT**.

IT IS SO ORDERED.

　Dated: **October 28, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE